People ex rel. Boksenbaum v Richards

2026 NY Slip Op 02769

May 4, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, ex rel. Anna Boksenbaum, on behalf of Mabel Naira, petitioner,

v

Stanley Richards, etc., respondent.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department

Decided on May 4, 2026

2026-04010

Betsy Barros, J.P.

Valerie Brathwaite Nelson

Laurence L. Love

Susan Quirk, JJ.

Twyla Carter, New York, NY (Anna Boksenbaum pro se of counsel), for petitioner.

Melinda Katz, District Attorney, Kew Gardens, NY (Grace C. O'Brien, Johnnette Traill, and Charles T. Pollak of counsel), for respondent.

Writ of habeas corpus in the nature of an application for the release of the detainee, Mabel Naira, upon her posting of a partially secured surety bond in the sum of $25,000, with the requirement of 10% down, on Queens County Indictment No. 74468/2025.

[*1]

ADJUDGED that the writ is sustained, without costs or disbursements; and it is further,

ORDERED that upon receipt of a copy of this decision, order and judgment together with proof that Mabel Naira has posted a partially secured surety bond in the sum of $25,000, with the requirement of 10% down, the Warden of the facility at which Mabel Naira is incarcerated, or his or her agent, is directed to immediately release Mabel Naira from incarceration.

The Supreme Court erred in disapproving the bail on the ground that the obligor posting the partially secured bond lacked sufficient income to secure the bond (see CPL 510.40[2]; see generally People ex rel. Prieston v Nassau County Sheriff's Dept., 34 NY3d 177).

BARROS, J.P., BRATHWAITE NELSON, LOVE and QUIRK, JJ., concur.

ENTER:

Darrell M. Joseph

Clerk of the Court